FILED

12/02/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0181

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0181

_____

IN RE THE MARRIAGE OF:

ALIA DAY FLOREN,

      Petitioner and Appellee,

                                      O R D E R

   v.

JAVIER BAUTISTA-SCHEUBER,

      Respondent and Appellant.

_____

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellee's response brief filed electronically on December 1, 2021, this Court has determined that the brief does not comply with the below-referenced Rules and must be resubmitted.

M. R. App. P. 11(6)(b)(ii) provides that the cover page of the brief must include the cause number in this Court. Appellee's response brief contains the incorrect cause number.

M. R. App. P. 12(1)(a) requires that a brief contain a table of contents with page references and a table of cases, statutes, and other authorities cited, with references to the pages of the brief where they are cited, alphabetically arranged. Appellee's brief contains a table of authorities; however, its contents do not meet the requirements of M. R. App. P. 12(1)(a) due to incomplete citations to authorities with references to pages of the brief where they are cited.

M. R. App. P. 12(1)(d) requires a statement of the facts relevant to the issues presented, with references to the pages or the parts of the record at which material facts appear. Appellee's statement of the facts fails to cite to the record.

M.R. App. P. 12(1)(g) requires that the brief contain citations to the authorities, statutes, and pages of the record relied on in the argument. Appellee's response brief

lacks sufficient citations to references throughout the argument section. Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellee shall electronically file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rules and that the Appellee shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to the Appellee and to all parties of record.

Electronically signed by:
James Jeremiah Shea
Justice, Montana Supreme Court
December 2 2021